UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>    v.<br><br>GIBRALTAR GLOBAL SECURITIES, INC.,<br>and WARREN A. DAVIS,<br><br>                      Defendants. | 13 CV 2575 (GBD) (JCF)<br><br>**NOTICE OF MOTION**<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Philip C. Patterson and Memorandum of Law, Defendants Gibraltar Global Securities, Inc. and Warren A. Davis, through undersigned counsel, will move this Court before the Honorable George B. Daniels, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) granting Defendants' motion to dismiss the complaint in its entirety or, alternatively, consolidating this action with the related action pending before the Court (*SEC v. Carillo Heuttel, et al.*, 13 CV 1735 (GBD)) pursuant to Federal Rule of Civil Procedure 42, and granting such other and further relief as the Court deems just and proper.

Dated:      July 19, 2013
            New York, New York

**DE FEIS O'CONNELL & ROSE, P.C.**
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000

By: /s/ Nicholas M. De Feis
    Nicholas M. De Feis (ND-1325)
    Philip C. Patterson (PP-9995)
    Allison S. Menkes (AM-2246)

*Attorneys for Defendants*


To:   James A. Kidney, Esq.
      Securities and Exchange Commission
      Division of Enforcement
      100 F St., NE
      Washington, D.C. 20549-4010
      (202) 551-4441

      *Counsel for Plaintiff*