UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities & Exchange Commission,

              -v-

Gibraltar Global Securities, Inc., et al.,

              Defendants.

ORDER

13 CV 2575 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 08 2013

GEORGE B. DANIELS, District Judge:

Defendants' request to adjourn the conference currently scheduled for August 13, 2013 at 9:30am is DENIED. The parties should be prepared for oral argument on this date with respect to Defendants' motion to dismiss (ECF No. 12).

Dated: New York, New York
       August 7, 2013

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1