UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                       Plaintiff,<br><br>     v.<br><br>GIBRALTAR GLOBAL SECURITIES, INC.,<br>and WARREN A. DAVIS,<br>                       Defendants. | 13 CV 2575 (GBD) (JCF) |

## PLAINTIFF'S REQUIRED INITIAL DISCLOSURES

    Plaintiff, the Securities and Exchange Commission ("SEC" or "Commission"), submits to defendants the following required initial disclosures pursuant to Rule 26(a), F.R.Civ.P.

    **Rule 26(a)(1)(A)(i):**  The Commission at this time believes the following witnesses have discoverable information relating to facts supporting the Commission's allegations. This list is subject to updating as discovery proceeds.

| Person or Entity | Address or Counsel Address | Nature of Information |
|---|---|---|
| Warren A. Davis | | |
| Magnum d'Or Resources, Inc. | c/o Stephen A. Zrenda, Jr., Esq. Stephen A. Zrenda, Jr., P.C.<br>6303 N. Portland Avenue, Suite 300<br>Oklahoma City, OK 73112<br>Telephone: 405-721-7300<br>Facsimile: 405-601-0802<br>Email:  zrendaEsq@aol.com | Issuer |
| Dwight Flatt | 101 S. Fort Lauderdale Beach Blvd.<br>#1205<br>Fort Lauderdale, FL 33316<br>Telephone:  954-294-1842<br>Email: | MDOR Seller/Gibraltar customer |

|  | dwightflatt@yahoo.com |  |
|---|---|---|
| Joseph J. Glusic | c/o Stacy E. Nathanson, Esq.<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112 | MDOR CEO, CFO, President and Treasurer |
| Shannon Allen | c/o David Chase, Esq.<br>The Law Firm of David R. Chase, P.A.<br>1700 East Las Olas Boulevard, Suite 305<br>Fort Lauderdale, FL 33301 | MDOR seller/Gibraltar customer |
| David Della Sciucca, Jr | Not known | MDOR seller/Giobraltar customer |
| Maicol Diaz | Unique Photography & Design<br>250 NW 23rd Street, Suite 411<br>Miami Wynwood Art District, FL 33127<br>(305) 788-0102 | MDOR seller |
| Maritza Meza | c/o Allan M. Lerner, Esq.<br>Law Offices of Allan M. Lerner, P.A.<br>2888 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Phone: (954) 563-8111 | MDOR seller |
| Jason DeOliveira | c/o Christopher Bruno, Esq.<br>Bruno and Degenhardt<br>10615 Judicial Drive<br>Suite 703<br>Fairfax, VA  22030 | MDOR seller |
| Kyle Roberts | 1669 Sturbridge Drive<br>Sewickley, PA  15143 | MDOR seller |
| Chad Curtis | c/o William Nortman, Esq.<br>Akerman Senterfitt<br>350 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301 | MDOR CEO, CRO, president and treasurer from December 2006 to January 2008 |
| Rebecca Rieger | c/o James Sallah, Esq. Sallah & Cox, LLC<br>2101 NW Corporate Blvd.<br>Suite 218<br>Boca Raton, FL 33431 | MDOR seller/DeOliveira girlfriend |
| Holladay Stock Transfer, Inc. | 2939 North 67th Place<br>Scottsdale, Arizona 85251 | Stock transfer agent |
| MJL Holdings | CEO K Troy Lowman | Gibraltar customer |

2

|  | 2982 Pebble Beach Drive<br>Ellicott City, MD 21042 |  |
| --- | --- | --- |
| Penson Financial Services | 1700 Pacific Avenue<br>Suite 1400<br>Dallas, TX 75201 | Broker-dealer |
| Spartin Equity Consultants | c/o Dwight Flatt<br>101 S. Fort Lauderdale Beach Blvd.<br>#1205<br>Fort Lauderdale, FL 33316<br>Telephone: 954-294-1842<br>Email: dwightflatt@yahoo.com | Flatt owned company |
| E*TRADE Financial | 135 E. 57th Street<br>New York, NY 10022 | Broker-dealer |
| Oppenheimer & Co., Inc.<br>Rocco Petito, Branch Manager<br>Andrew Palyvoda AML Officer<br>Dina Hochhuaser Broker Assistant<br>Jeffrey Wechsler RR Gibraltar account<br>Blake Golding RR Gibraltar account<br>Eli Moallem RR Gibraltar account | Ellen Shreidan-Cona, Esq.<br>125 Broad Street<br>New York, NY 10004 | Broker-dealer |
| Scottsdale Capital<br>Joseph Padilla, Andrea Bruno, Stephanie Bruno, Michael Cruz, John Hurry, Phillip Koehnke | 7170 E. McDonald Road, Suite 6<br>Scottsdale, AZ 85253 | Broker-dealer |
| Stock USA Investments | 1717 Route 6<br>Carmel, NY 10512 | Broker-dealer |
| Pershing LLC | One Pershing Plaza<br>Jersey City, NJ 07399 | Broker-dealer |
| Wilson-Davis & Company | 236 South Main Street<br>Salt Lake City, UT 84101 | Broker-dealer |
| Edward Jones | 1245 JJ Kelley Memorial Drive<br>St. Louis, MO 63131 | Broker-dealer |
| Fidelity Investments | 155 Seaport Blvd. Boston, MA 02210 | Broker-dealer |
| Citibank | 100 Citibank Drive<br>San Antonio, TX 78245 | MDOR bank accounts |

3

| Cache Bank & Trust | P.O. Box 337060<br>4601 West 20th Street<br>Greeley, CO 80633 | MDOR accounts |
|---|---|---|
| Valley Bank | 4900 East Bromley Lane<br>Brighton, CO 80601 | MDOR accounts |
| Magnum Recycling USA | | MDOR affiliate |
| Green Spirits Managerial Consultants | 401 Federal Street- Suite 4<br>Dover, DE 19901 | MDOR seller |
| Bank of America | P.O. Box 407090<br>Ft. Lauderdale, FL 33340 | MDOR account; Sciucca account |
| TD Ameritrade | 4211 South 102nd Street<br>Omaha, NE 68127 | Broker-dealer |
| Ridge Clearing & Outsourcing Solutions, Inc. | 2 Journal Square Plaza<br>Jersey City, NJ 07306 | Broker-dealer |
| Alpine Securities | 440 East 400 South<br>Salt Lake City, UT 84111 | Broker-dealer |
| Royal Bank of Canada | Traitement des mises en demeure<br>CP 6001, Succursale A<br>Montreal (Quebec)<br>H3C 3A9 | MDOR account/Gibraltar accounts |
| Recyclage Magnum, Inc. | | Issuer affiliate |
| Wachovia/Wells Fargo | 301 S. College Street<br>MAC 1053-300<br>Charlotte, NC 28288 | Shannon Allen account |
| JP Morgan Chase | 270 Park Ave  New York, NY 10017<br>(212) 270-6000 | Bank transfers |
| Overview Advisers Robert Farrell | 7550 Wolf River Blvd. Suite 100<br>P.O. BOX 383347,<br>Germantown, TN 38138-1779<br>901-761-1750 | 800-723-1750<br>Fax: 901-415-5075 | Gibraltar customer |
| Financial Industry Regulatory Agency | 1736 K St. NW<br>Washington, D.C. 20006 | Regulator |
| Dualstar Media, Inc. | 13140 Creek View Apt 203<br>Garden Grove, CA 92844-1279 | Stock promoter |
| Sunrise Consulting Group, Inc. | | Issuer |
| Action Stock Transfer | 7069 S. Highland Drive<br>Suite 300<br>Salt Lake City, Utah 84121 | Transfer agent |
| Mark Grober<br>Edward Bronson | Contact information is in the possession of the defendants; | Gibraltar customers |

4

| | | |
|---|---|---|
| Market Solutions<br>Cape McKinnin Inc<br>Oxford Advisers<br>Daniele Forigo<br>Fairhills capital<br>Prezense Inc.<br>William Mackey<br>VNC Associates<br>Complete Advisory Partners LLC<br>Delta Consulting Group, Inc.<br>Peter Laipnieks<br>Alan Rothman<br>Luke Zouvas<br>Michael Brown<br>Newport Holdings Inc.<br>Jennifer Pellegrino<br>Knight Consulting Corp<br>RBM Financial Inc.<br>J. Scott Watkins<br>Ronald C. Touchard<br>Misty Tochard<br>Bransville Investments<br>Jon Michael Pealy<br>Jack Hunter Stapleton<br>Jim Can<br>Richard Smith<br>Robert Rosner<br>Indiah Wells<br>Las Vans Partners<br>Nettle Hanover<br>John Milardovic<br>Sealine Electrical<br>Salim Rogers<br>Bradsville Investments<br>LFG Capital Corp<br>PHP Holdings<br>Rolf Amato<br>Island Capital Management<br>Antonio Papa<br>Dan Forigo<br>Jean Sebastian Ollu<br>Jacque Valle<br>Marc Alexander Raynault<br>Northshore & Chelsea<br>Dimitrieos Liakopoulos | plaintiff has only piecemeal information for most of these investors from b-d documents. | |

| | | |
|---|---|---|
| Rene Calabrigo<br>Queensway Holdings Ltd.<br>Yevleniy Krupsky<br>Andrew Geoffrey<br>Pixel Arcanum, Inc.<br>Caustic Ventures, LLC<br>Havannah<br>Gerald Knapton<br>The Good One, Inc.<br>Bedford International<br>QM Investment Ltd.<br>May Joan Liu<br>Pinks & BB LLC<br>Brian Combs<br>Patricia Demming<br>Oceanic Consulting, LLC<br>New Quay Management Limited<br>Green Stone Holdings<br>Sweet Challenge Inc.<br>Tucker Investments | | |

**Rule 26(a)(1)(A)(ii):** The Commission expects to be able to provide defense counsel with documents produced in the Commission's Magnum d'Or and Gibraltar investigations on a rolling basis beginning approximately August 26. There are nearly two million documents to be produced and a rolling production should be more manageable than a single large production at a later date. Rolling production will continue to completion.

**Rule 26(a)(1)(A)(iii):** The SEC does not seek "damages" as the term is used in the rule. Instead, the Commission's statutes provide for civil penalties and the Commission typically seeks disgorgement of proceeds of unlawful conduct. Civil penalties are provided by Sec. 20(d) of the Securities Act of 1933, 15 U.S.C. §77t(d), and Sec. 21(d)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(d)(3). For disgorgement purposes, a accounting of proceeds of the defendants' unlawful conduct must await completion of discovery, especially production of

6

records showing the total amount of unlawful MDOR sales, for which defendants are jointly and severally responsible to disgorge along with the MDOR litigation defendants, and a calculation of all commissions and other forms of profit realized by the defendants from solicited transactions with U.S. customers in MDOR and other securities.

**Rule 26(a)(1)(A)(iv):** The Commission has no insurance agreements relevant to this law enforcement action.

Date:   August 12, 2013                              Respectfully submitted,

/s/James A. Kidney
James Kidney (JK 4830)
Robert Giallombardo
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington D.C. 20549
(202) 551-4441
(202) 772-9282 (Fax)
**kidneyj@sec.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2013, that the following counsel for the Defendants was served via email the attached Rule 26 required initial disclosures.

Nicholas M. De Feis, Esq.
Philip Patterson, Esq.
DE FEIS O'CONNELL & ROSE, P.C.
New York New York 10110
(212) 768-1000
Attorney for the Defendants


/s/JAMES A. KIDNEY

Case 1:13-cv-02575-GBD-JCF   Document 19   Filed 08/12/13   Page 8 of 8

8