UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

      -against-

GIBRALTAR GLOBAL SECURITIES,
INC., et al.,

                Defendants.

------------------------------------x

ORDER

13 Civ. 2575 (GBD)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record on March 19, 2014, Defendants' Motion to Dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is DENIED. The request to consolidate this case with *SEC v. Carrillo Huettel LLP, et al.* (13 Civ. 1735) is DENIED without prejudice to renew before trial.

    The Clerk of Court is directed to close the motion at ECF No. 12.

Dated: New York, New York
       March 20, 2014

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge