**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES & EXCHANGE COMMISSION,

                        Plaintiff,

        v.

GIBRALTAR GLOBAL SECURITIES, INC.,
and WARREN A. DAVIS,

                        Defendants.

13 CV 2575 (GBD) (JCF)

**NOTICE OF MOTION**

**Oral Argument Requested**

        **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Philip C.
Patterson and Memorandum of Law, Defendants Gibraltar Global Securities, Inc. and Warren A.
Davis, through undersigned counsel, will move this Court before the Honorable James C. Francis, at
the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be
determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 26 granting
Defendants' motion for a protective order, and granting such other and further relief as the Court
deems just and proper.

Dated:          December 5, 2014
                New York, New York

                                    **DE FEIS O'CONNELL & ROSE, P.C.**
                                    500 Fifth Avenue, 26th Floor
                                    New York, NY 10110
                                    (212) 768-1000

                                    By: /s/ Nicholas M. De Feis
                                            Nicholas M. De Feis (ND-1325)
                                            Philip C. Patterson (PP-9995)
                                            Allison S. Menkes (AM-2246)

                                    *Attorneys for Defendants*

1

To:    Kevin O'Rourke, Esq.
        Securities and Exchange Commission
        Division of Enforcement
        100 F St., NE
        Washington, D.C. 20549-4010
        (202) 551-4442

        *Counsel for Plaintiff*