UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES & EXCHANGE COMMISSION,

      Plaintiff,

  v.

GIBRALTAR GLOBAL SECURITIES, INC.,
and WARREN A. DAVIS,

      Defendants.

13 CV 2575 (GBD) (JCF)

**DECLARATION OF
PHILIP C. PATTERSON, ESQ.**

  Pursuant to 28 U.S.C. § 1746, **PHILIP C. PATTERSON** declares:

  1. I am counsel to the law firm of De Feis O'Connell & Rose, P.C., attorneys for Gibraltar Global Securities, Inc. ("GGSI") and Warren A. Davis, the defendants in the above-captioned action. I am fully familiar with the facts contained herein. I submit this declaration in support of the defendants' motion for a protective order pursuant to Rule 26. I certify that counsel for the defendants has in good faith conferred with plaintiff in an effort to resolve this issue without court intervention.

  2. Annexed hereto as Exhibit A is a true and correct copy of a Declaration by defendant Gibraltar Global Securities Inc.'s Bahamian counsel, Raynard S. Rigby.

  3. Annexed hereto as Exhibit B is a true and correct copy of a letter by defendant Warren Davis' Bahamian counsel, Sean Moree.

  4. Annexed hereto as Exhibit C is a letter from plaintiff Securities Exchange Commission dated October 17, 2014.

  5. Annexed hereto as Exhibit D is a letter from plaintiff Securities and Exchange Commission dated August 6, 2013.

1

6.     WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, I respectfully request that the Court enter a protective order concerning all GGSI documents located in the Bahamas.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2014.

_____
Philip C. Patterson (PP-9995)

**DE FEIS O'CONNELL & ROSE, P.C.**
500 Fifth Avenue, 26th Floor
New York, NY 10110
P: (212) 768-1000
F: (212) 768-3511