# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GIBRALTAR GLOBAL SECURITIES, INC., and WARREN A. DAVIS, <br><br> Defendants. | 13 CV 2575 (GBD) (JCF) |

**DEFENDANTS' REQUIRED INITIAL DISCLOSURES**
**PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Defendants Gibraltar Global Securities, Inc. ("Gibraltar") and Warren A. Davis submit the following initial disclosures prior to discovery pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. These disclosures are based on the information reasonably available to the defendants at this time. Defendants reserve the right to amend or supplement this list as necessary and to introduce additional factual evidence or legal theories prior to trial.

**Introduction**

Gibraltar is a Bahamian broker-dealer registered with The Bahamas Securities Commission ("BSC"). Mr. Davis, a Bahamian citizen, is Gibraltar's sole owner. Gibraltar ceased operations on January 31, 2013. Gibraltar's directors have passed a resolution to place Gibraltar into voluntary liquidation, appoint a Liquidator and submit a dissolution plan to the BSC. On April 4, 2013, Gibraltar submitted a dissolution plan to the BSC and is awaiting approval. Gibraltar is currently under the control of the Liquidator.

Gibraltar has retained Bahamian counsel to provide advice as to its obligations under Bahamian law. As a Bahamian broker-dealer, Gibraltar is subject to The Banks and Trust Companies Regulation Act (2000) ("BTCRA"). Section 19 of the BTCRA prohibits broker-dealers and their officers, employees, or agents from disclosing the identities, assets, liabilities, transactions or accounts of any customer. Any broker-dealer or person who reveals such information about a customer is subject to both civil and criminal liability under the BTCRA.

As the Securities and Exchange Commission is already aware, Bahamian law includes procedures for making "inter-regulator requests" whereby foreign regulators can submit requests for information from broker-dealers to the BSC. For example, we understand that as part of the SEC's investigation in this matter, it submitted a request to the BSC for certain documents from Gibraltar and Mr. Davis. The BSC acceded to the request and conveyed it to Gibraltar and Mr. Davis, who thereafter complied with the request. We understand from Bahamian counsel that the SEC can make additional inter-regulator requests to the BSC for documents and information pertaining to Gibraltar's customers. Once the BSC accedes to any such request and conveys it to Gibraltar and Mr. Davis, they may thereafter comply with the request without subjecting themselves to liability under the BTCRA.

On behalf of Gibraltar and Mr. Davis, while we reserve all rights, we again plan to cooperate fully in producing any materials called for in a valid request acceded to by the BSC and conveyed to Gibraltar. We reiterate, however, that absent compliance with this procedure, both Gibraltar and Mr. Davis may be held liable for disclosing any information relating to Gibraltar's customers. We further understand that the confidentiality requirements of the BTCRA are applicable even when other entities have already disclosed the identity of Gibraltar's clients or information with respect to those clients. Accordingly, we list below information that

Gibraltar and Mr. Davis are currently permitted to provide under Bahamian law, without acknowledging any information that may pertain to Gibraltar customers. We will supplement such information as permitted pursuant to Bahamian law.

1. **Name, Contact and Subject of Individuals and Entities**

| Name | Contact Information | Subject of Information |
|---|---|---|
| Action Stock Transfer Corporation | 2469 E. Fort Union Blvd., Suite 214<br>Salt Lake City, UT 84121<br>(801) 274-1088 | Stock transfer agent |
| Alpine Securities | Counsel: Gerald J. Russello<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5716 | Broker-dealer |
| Apex Clearing Corporation<br><br>Penson Financial Services, Inc. | 1700 Pacific Ave., Suite 1400<br>Dallas, TX 75201<br><br>1700 Pacific Ave., Suite 1400<br>Dallas, TX 75201 | Broker-dealers |
| E*Trade Financial | 135 E. 57th St.<br>New York, NY 10022 | Broker-dealer |
| Edward Jones | 12555 Manchester Road<br>St. Louis, MO 63131 | Broker-dealer |
| Fidelity Investments | 155 Seaport Blvd.<br>Boston, MA 02210 | Broker-dealer |
| Glusic, Joseph J. | Counsel: Haynes and Boone LLP<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>(212) 659-7300 | MDOR CEO and President |
| Holladay Stock Transfer, Inc. | 2939 N. 67th Place<br>Scottsdale, AZ 85251<br>(480) 481-3940 | Stock transfer agent |
| Magnum d'Or Resources, Inc. | Counsel: Stephen A. Zrenda, Jr., Esq.<br>Stephen A. Zrenda, Jr., P.C.<br>6303 N. Portland Ave., Suite 300<br>Oklahoma City, OK 73112<br>(405) 721-7300 | Stock Issuer |

3

| | | |
|---|---|---|
| Oppenheimer & Co., Inc.<br><br>Wesschler, Jeffrey (Registered Rep.)<br>Golding, Blake (Registered Rep.) | Counsel: Ellen Sheridan-Cona, Esq.<br>125 Broad St.<br>New York, NY 10004 | Broker-dealer |
| Pershing LLC | 1 Pershing Plaza<br>Jersey City, NJ 07399<br>(201) 413-2000 | Broker-dealer |
| Ridge Clearing & Outsourcing Solutions, Inc. | 2 Journal Square Plaza<br>Jersey City, NJ 07306 | Broker-dealer |
| Scottsdale Capital Advisors<br><br>Hurry, John (Owner)<br>Padilla, Joseph (Registered Rep.) | 7170 E. McDonald Rd. Suite 6<br>Scottsdale, AZ 85253 | Broker-dealer |
| Stock USA Investments | 1717 Route 6<br>Carmel, NY 10512 | Broker-dealer |
| TD Ameritrade | 4211 South 102nd Street<br>Omaha, NE 68127 | Broker-dealer |
| Wilson-Davis & Company | 236 South Main St.<br>Salt Lake City, UT 84101<br>(801) 532-1313 | Broker-dealer |

**2.     Description of Documents**

Gibraltar has retained documents reflecting the content of its website, www.ggsibahamas.com, and will produce these documents to the SEC within two weeks of the date of these initial disclosures.

Gibraltar has retained on its server and in hard copy form documents pertaining to its approximately 1,200 customers and over 100,000 transactions as required by Bahamian law. These materials are being preserved. Gibraltar also maintains an email server containing emails dating to approximately 2009. These materials are also being preserved. As set forth above in

4

the Introduction, however, Bahamian law proscribes disclosure of materials relating to Gibraltar customers absent compliance with procedures under Bahamian law.

Gibraltar has presented a liquidation plan to the BSC. We are advised by Bahamian counsel, however, that the liquidation plan is confidential.

### 3. Damages

Defendants are not seeking any damages.

### 4. Insurance Agreements

Defendants are not aware of any relevant insurance policies.

Respectfully Submitted,

**DE FEIS O'CONNELL & ROSE, P.C.**
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000

By: _____
Philip C. Patterson (PP-9995)

*Attorneys for Defendants*