# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GIBRALTAR GLOBAL SECURITIES, INC.,<br>and WARREN A. DAVIS,<br><br>Defendants. | 13 CV 2575 (GBD) |

**DEFENDANTS' AMENDED REQUIRED INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Defendants Gibraltar Global Securities, Inc. ("Gibraltar") and Warren A. Davis submit the following amended initial disclosures prior to discovery pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. These disclosures are based on the information reasonably available to the defendants at this time. Defendants reserve the right to amend or supplement this list as necessary and to introduce additional factual evidence or legal theories prior to trial.

### Introduction

Gibraltar is a Bahamian broker-dealer registered with The Bahamas Securities Commission ("BSC"). Mr. Davis, a Bahamian citizen, is Gibraltar's sole owner. Gibraltar ceased operations on January 31, 2013. Gibraltar's directors have passed a resolution to place Gibraltar into voluntary liquidation, appoint a Liquidator and submit a dissolution plan to the BSC. On April 4, 2013, Gibraltar submitted a dissolution plan to the BSC and is awaiting approval. The BSC has not accepted the surrender of Gibraltar's registration.

Gibraltar has retained Bahamian counsel to provide advice as to its obligations under Bahamian law. As the SEC is aware, we have been advised by Bahamian counsel that Gibraltar's legal status, including, but not limited to, control over its documents, is at best uncertain. Moreover, revealing client information absent an order from a Bahamian Court potentially subjects Gibraltar and Davis to liability under Bahamian law. As the SEC is also aware, Bahamian law includes procedures for requesting documents through appropriate legal channels that may remove these impediments to productions by Gibraltar and Davis.

Accordingly, we list below information that Gibraltar and Mr. Davis are currently permitted to provide under Bahamian law. We will supplement such information as permitted pursuant to Bahamian law.

1. Name, Contact and Subject of Individuals and Entities

| Name | Contact Information | Subject of Information |
|---|---|---|
| Action Stock Transfer Corporation | 2469 E. Fort Union Blvd., Suite 214 Salt Lake City, UT 84121 (801) 274-1088 | Stock transfer agent |
| Alpine Securities | Counsel: Gerald J. Russello Sidley Austin LLP 787 Seventh Ave. New York, NY 10019 (212) 839-5716 | Broker-dealer |
| Apex Clearing Corporation  Penson Financial Services, Inc. | 1700 Pacific Ave., Suite 1400 Dallas, TX 75201  1700 Pacific Ave., Suite 1400 Dallas, TX 75201 | Broker-dealers |
| E*Trade Financial | 135 E. 57th St. New York, NY 10022 | Broker-dealer |
| Edward Jones | 12555 Manchester Road St. Louis, MO 63131 | Broker-dealer |
| Fidelity Investments | 155 Seaport Blvd. Boston, MA 02210 | Broker-dealer |

2

| Holladay Stock Transfer, Inc. | 2939 N. 67th Place<br>Scottsdale, AZ 85251<br>(480) 481-3940 | Stock transfer agent |
|---|---|---|
| Oppenheimer & Co., Inc.<br><br>Wesschler, Jeffrey (Registered Rep.)<br>Golding, Blake (Registered Rep.) | Counsel: Ellen Sheridan-Cona, Esq.<br>125 Broad St.<br>New York, NY 10004 | Broker-dealer |
| Pershing LLC | 1 Pershing Plaza<br>Jersey City, NJ 07399<br>(201) 413-2000 | Broker-dealer |
| Ridge Clearing & Outsourcing Solutions, Inc. | 2 Journal Square Plaza<br>Jersey City, NJ 07306 | Broker-dealer |
| Royal Bank of Canada | Traitement des mises en demeure<br>CP 6001, Succursale A<br>Montreal (Quebec)<br>H3C 3A9 | Bank accounts |
| Scottsdale Capital Advisors<br><br>Hurry, John (Owner)<br>Padilla, Joseph (Registered Rep.) | 7170 E. McDonald Rd. Suite 6<br>Scottsdale, AZ 85253 | Broker-dealer |
| Stock USA Investments | 1717 Route 6<br>Carmel, NY 10512 | Broker-dealer |
| TD Ameritrade | 4211 South 102nd St.<br>Omaha, NE 68127 | Broker-dealer |
| Wilson-Davis & Company | 236 South Main St.<br>Salt Lake City, UT 84101<br>(801) 532-1313 | Broker-dealer |

2.   **Description of Documents**

Gibraltar previously produced documents pertaining to its website to the SEC's DC Office. We assume such materials have been shared with the SEC's NY Office pursuant to Judge Daniels' directive that discovery in the two actions be coordinated.

We understand that the SEC as part of its investigations regarding both TSHO/PBEC and MDOR made requests to the BSC for documents from Gibraltar. Gibraltar produced responsive

3

materials to the BSC. We are advised by Bahamian counsel that production of these materials to the parties in this action is permissible under Bahamian law. Accordingly, and reserving all rights under U.S. and Bahamian law, Gibraltar will produce these materials to the SEC.

Gibraltar has retained on its server and in hard copy documents pertaining to its approximately 1,200 customers and over 100,000 transactions as required by Bahamian law. These materials are being preserved. Gibraltar also maintains an email server containing emails dating to approximately 2009. These materials are also being preserved. As set forth above in the Introduction, however, Bahamian law proscribes disclosure of materials relating to Gibraltar customers absent compliance with procedures under Bahamian law. As the SEC is aware, we have previously proposed an exchange of Bahamian legal opinions subject to certain conditions to address these issues.

Gibraltar has also presented a liquidation plan to the BSC. We are advised by Bahamian counsel, however, that the liquidation plan is confidential.

### 3. Damages

Defendants are not seeking any damages.

### 4. Insurance Agreements

Defendants are not aware of any relevant insurance policies.

Dated: May 1, 2014
New York, New York

Respectfully Submitted,

**DE FEIS O'CONNELL & ROSE, P.C.**
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000

By: _____
Philip C. Patterson (PP-9995)

*Attorneys for Defendants Warren A. Davis and Gibraltar Global Securities, Inc.*