UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GIBRALTAR GLOBAL SECURITIES, INC., and WARREN A DAVIS, )<br>)<br>Defendants. ) | 13 cv 2575 (GBD) (JCF) |

### Notice of Filing of Affidavit of Christina R. Rolle

Attached herewith for filing in the above referenced action is the sworn Affidavit of Christina R. Rolle, the Executive Director of the Securities Commission of The Bahamas, which Affidavit was previously filed in the case of *Gibraltar Global Securities Inc. v. The Securities Commission of the Bahamas*, pending in the Supreme Court, Public Law Division, Commonwealth of The Bahamas. A copy of the Affidavit was provided to both Magistrate Judge James C. Francis and Philip Patterson, Esq., counsel for Defendants Warren Davis and Gibraltar Global Securities, Inc., prior to the hearing conducted on March 25, 2015.

Respectfully submitted,

Dated: March 26, 2015

/s/Kevin P. O'Rourke
KEVIN P. O'ROURKE
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-1040
Telephone: (202) 551-4442 (O'Rourke)

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 26, 2015, a copy of the Notice of Filing of Affidavit of Christina R. Rolle, and attachment thereto, was served on the following counsel for Defendants via the Court's ECF filing system.

Nicholas M. De Feis, Esq.
Philip Patterson, Esq.
DE FEIS O'CONNELL & ROSE, P.C.
New York New York 10110
(212) 768-1000
Attorney for the Defendants

                                                /s/ Christopher Innis