# Philip Patterson

| | |
|---|---|
| **From:** | ORourke, Kevin [ORourkeK@SEC.GOV] |
| **Sent:** | Friday, May 08, 2015 4:24 PM |
| **To:** | Nick De Feis; Philip Patterson |
| **Subject:** | Time for a meet and confer requested |

Nick and Phil,

We are planning to file a motion for Rule 37 sanctions, including default judgment, for the failure of Warren Davis and Gibraltar to comply with the Court's discovery orders.  Is one of you available to conduct the required meet and confer conference today or would you prefer Monday or, at the latest, Tuesday?

Regards,

Kevin

**Kevin P. O'Rourke**
Assistant Chief Litigation Counsel
Securities and Exchange Commission
100 F St., NE
Washington, D.C. 20549-4010
(202) 551-4442