# EXHIBIT 1



# Gibraltar
## GLOBAL SECURITIES INC.

**HOME | SERVICES | MANAGEMENT | TECHNOLOGY | FAQ | OPEN AN ACCOUNT | CONTACTS**

**Client Access**

Account Number:
[          ]

Password:
[          ]

[Go!]

**GGSI is fully Licensed as a Broker Dealer Class II**

To view GGSI's Certificate of Registration, click on the image below.



### Welcome to our web site!

Gibraltar Global Securities Inc. (GGSI) is a class II broker/dealer, investment management and advisory firm whose mission is to provide comprehensive, quality brokerage and investment services in an offshore environment at an affordable cost. Simply put, we provide offshore benefits at an onshore cost.

Established in 2004, GGSI is licensed and regulated by the Securities Commission of the Bahamas whose function is to provide oversight and ensure compliance with regard to investment practices, operations, and regulations in the Bahamas. With more than three hundred registered and active banks, trust companies, and broker dealers, the Bahamas has established a comprehensive regulatory regime which guarantees compliance with international standards of performance and confidentiality.

As a licensed Financial and Corporate Service Provider, GGSI is able to provide a wide variety of ancillary financial services, including incorporation of International Business Corporations (IBCs), Registered Agent and Office services. GGSI adheres to the highest ethical standards prescribed by the Chartered Financial Analysts Institute (CFAI), a globally recognized body which ensures the competency of investment professionals worldwide.

- Low trading commissions.
- Live interactive java charts.
- Live financial news feeds.
- Level I quote screens.
- Options trading.

Unauthorized quotetool usage. Please contact quotemedia.com



**Nasdaq Composite**

Unauthorized quotetool usage. Please contact quotemedia.com



**Dow Jones Industrial**

Unauthorized quotetool usage. Please contact quotemedia.com



**SP 500**

### Latest News



**New Online Interface**
GGSI is proud to announce its new online account interface packed with advanced features and real-time price updates.

### Offshore Solutions



**Gibraltar Global Securities easily handles most needs.**
We offer our clients a full suite of services to meet their financial services needs. These include brokerage accounts, offshore company formations and asset planning structures.

Home | Services | Management | Technology | FAQ | Open an Account | Contacts

Copyright © Gibraltar Global Securities Inc. All rights reserved.



### Client Access

Account Number:

Password:

[ Go! ]

### Privacy Statement

- Gibraltar Global Securities value our clients' rights to privacy.

- GGSI has implemented additional safeguards to ensure client confidentiality.

- GGSI adheres to a strict confidentiality and non disclosure policies, all client information is maintained in complete privacy.

### ■ Does it cost anything to open my account with Gibraltar Global Securities Inc.?

Yes. There is a $150 activation fees to open an account with Gibraltar Global Securities Inc.

### ■ What about confidentiality?

Confidentiality is paramount to Gibraltar Global Securities. All information regarding your GGSI account will be treated in the strictest of confidence. That's the law in the Bahamas.

### ■ Can I transfer Securities from another Broker Dealer to my GGSI account?

Yes, you can. You can DTC the securities to us. However, we advise that you send your certificates along with a signed Stock Power of Attorney, your name and account number to the following address via courier:

Gibraltar Global Securities Inc.
214 Lagoon Crt.
Sandyport
Nassau, Bahamas
(242) 327-4474

### ■ Can I deposit restricted stock into my GGSI account?

NO. Gibraltar does not accept restricted stock for safekeeping or deposit into clients accounts. GGSI will only accept free trading certificates for deposit into client accounts.

### ■ How do I monitor and access my account?

You can monitor your Gibraltar Global Securities account online by visiting our website at www.ggsbahamas.com. Once your account is activated by the depositing of shares or funds, you can view trading activity and balances online.

### ■ How is my money sent to and from GGSI and how do I monitor it?

Money is transferred via an electronic telex transfer. If you have money you wish to receive from GGSI, simply instruct your account representative and he/she will make the necessary arrangements. You can also request wire transfers and track your money online.

### ■ How can I verify the stock I purchased was bought at the price I wanted?

Once a trade has been executed, you may check your account through Gibraltar Online and review the trade confirmations for your account.

### ■ What is an offshore Corporation?

An offshore corporation is an entity recognized by law as a separate "person" with limited liability. The corporation once legally established can be used for international investments and trading purposes.

### ■ What is a Registered Agent?

A Registered Agent is required to ensure that the IBC has an assigned representative at a known address to receive all legal notices on it's behalf. The Registered agent then forwards these documents to the address on record for the IBC.

### ■ What is Asset Protection?

### Is my money safe?

- GGSI accounts are insured up to $25 million.

Please remember this protection is for brokerage firm bankruptcy or failure and does not protect against market losses.

### Additional questions?

For any additional questions please feel free to contact us anytime. We at Gibraltar Global Securities Inc. look forward to helping you achieve your investment goals.

Term used to describe the concept of transferring your assets into a legal entity which will protect them from litigation, government seizure, or frivolous divorce settlements.

### ▫ What is a nominee Officer or Director?

An appointed person who will act as an officer or director on your behalf, giving you an extra level of confidentiality as your name will not show up as an officer or director on your IBC.

Home | Services | Management | Technology | FAQ | Open an Account | Contacts

Copyright © Gibraltar Global Securities Inc. All rights reserved.



## Management

**Warren Davis, CFA**

Mr. Davis is the President of Gibraltar Global Securities Inc. He is a professional trader and portfolio manager with over 13 years of international & domestic investment training, and additional experience in settlements, emerging market development and venture capital financing. During his years in the investment management field, Mr. Davis has worked for firms that include TD Waterhouse, CIBC Mellon, and Fidelity. He is the former president of the CFA Society of the Bahamas (formerly The Bahamas Society of Financial Analysts), a member of the Bahamas Financial Services Board and the Bahamas Association of Securities Dealers. In these various capacities Mr. Davis has helped to secure the growth and development of the Bahamas' Financial Services sector.

Home | Services | Management | Technology | FAQ | Open an Account | Contacts

Copyright © Gibraltar Global Securities Inc. All rights reserved.



# Gibraltar
## GLOBAL SECURITIES INC.

**HOME | SERVICES | MANAGEMENT | TECHNOLOGY | FAQ | OPEN AN ACCOUNT | CONTACTS**

### Client Access

**Account Number:**

**Password:**

[ Go! ]

### Account Opening Requirements

At GGSI, we firmly believe that increased savings translates into increased investments. That is why we have a no minimum account opening and setup fee policy. We make it easy to get the most from your money. As a GGSI client, you have everything you need to manage your account under one "offshore" roof – right at your fingertips.

### Online Account Opening



**You can create a GGSI online brokerage account in just a few minutes.**

Please download the GGSI account opening applications and complete all relevant sections. Once completed you may fax or e-mail your application directly to us at the contacts listed in our contact page. An account executive will contact you on how to complete the account opening process as soon as we have received your application forms.

You can download the full application form package by clicking any of the three links on the right side of this webpage.

### Download Center

Links:

- **Account Opening Forms-**

  The forms required to complete the GGSI account opening process. If you are opening an account online, you still need to download and complete this form.

- **Cash Transfer Form-**

  The form is used to transfer funds between GGSI accounts.

Home | Services | Management | Technology | FAQ | Open an Account | Contacts

Copyright © Gibraltar Global Securities Inc. All rights reserved.

# Company Services - Offshore Trading Accounts, Financial Services, Investments and More



### Client Access

**Account Number:**

**Password:**

 Go!

### Mutual Funds

We offer a wide range of Mutual Funds.



GGSI has access to a wide range of both onshore and offshore mutual funds.

open an account

### Company Services



- Corporate stocks & bonds trading.
- Options trading.
- Wide selection of Money Market funds.
- Wide selection of Mutual Funds.
- Offshore company (IBC) formation.
- Offshore debit card.

### Stocks & Bonds

Through our network of correspondents, clients have the ability to access U.S., Canadian and European securities.

Using a GGSI offshore brokerage account will enable you to trade on most stock exchanges in the world at a cost equivalent to that incurred using mainland brokers, without paying taxes on the profits. You can trade online via the internet or by placing orders by email, fax or phone.

open an account

### Market Analysis

 Access your investments, get quotes, place orders & confirm trades. Keep track of the market. Research a company or an entire industry.

A Gibraltar Global Securities online brokerage account lets you do all this and more from anywhere you have internet access. It's the most simple and easy way to stay on top of the financial market and your investments.

open an account

### The Right Plan

**Trust and Estate Planning.**

Your GGSI STEP (Society of Trust and Estate Practitioners) certified advisor can assist with the creation of a trust and introduce you to several trust options that can be implemented to meet a wide range of goals, such as asset protection, providing regular income to survivors and safeguarding assets until your beneficiaries reach a specific age.

No matter how complex your situation, GGSI can help you make the most of the legacy you pass to your heirs and beneficiaries.

Home | Services | Management | Technology | FAQ | Open an Account | Contacts

Copyright © Gibraltar Global Securities Inc. All rights reserved.



| HOME | SERVICES | MANAGEMENT | TECHNOLOGY | FAQ | OPEN AN ACCOUNT | CONTACTS |

**Client Access**

Account Number:

Password:

[ Go! ]

**Portfolio Tools**

- Interactive charts.
- Level I quote screen.
- Market news.
- Company news.
- Option chains.
- Corporate profile.

GGSI gives you the tools you need to succeed in today's fast paced investment world.

### The Right Technology

Gibraltar Global Securities provides its clients with the latest online technological services and tools.

GGSI's online brokerage features include:
- 24 hour access to cash and securities transactions.
- Effecient execution and confirmation of trades of stocks and options.
- Obtain free Level II quotes.
- Access to your balances, holdings, recent activity, and unrealized gains/losses.
- The latest financial news, market commentary, company filings and industry reports.



- Access your account 24/7.
- Online message system.
- Online query system.

### Strong Encryption

**Strong 128 bit VeriSign encryption.**
Gibraltar Global Securities takes your privacy very seriously. Not only do we ensure our clients' accounts are protected by strong 128 bit encryption every time they log on, GGSI takes it one step further. Instead of using traditional e-mail for electronic communication, which cannot guarantee privacy and is vulnerable to compromise, our encrypted Server Messaging System (SMS) enables our clients to electronically communicate with us in an absolutely secure environment.

open an account ▪

**NASDAQ Composite**

Unauthorized quotetool usage.
Please contact quotemedia.com



**S&P 500 Index**

Unauthorized quotetool usage.
Please contact quotemedia.com



Home | Services | Management | Technology | FAQ | Open an Account | Contacts

Copyright © Gibraltar Global Securities Inc. All rights reserved.



### Contacts



**Client Access**

Account Number:

Password:

Go!

**NASSAU - BAHAMAS**

Gibraltar Global Securities Inc.
214 Lagoon Crt.
Sandyport
Nassau, Bahamas
Phone: 1 (242) 327-4474
Toll Free: 1 (866) 334-9050
Fax: 1 (242) 327-8875

**Common Questions**

Most common questions are answered in our FAQ section of this site. Questions like:

- Asset safety.
- Confidentiality.
- Restricted stock.
- Account fees.

You can also e-mail GGSI at the following addresses:

General information - info@ggsibahamas.com
Opening a new account - newaccounts@ggsibahamas.com

**Contact Form**

Your name:

E-mail address:

Phone contact:

Message:

Message type:
- ● Question
- ○ Feedback
- ○ General comment

Submit

**NYSE Composite**

Unauthorized quotetool usage.
Please contact quotemedia.com

quotemedia
dynamic market data solutions

Home | Services | Management | Technology | FAQ | Open an Account | Contacts

Copyright © Gibraltar Global Securities Inc. All rights reserved.