# EXHIBIT 5



# UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

*A diligent search has this day been made of the records and files of this Commission and the records and files do not disclose that any registration statements were received in this Commission or in effect with respect to the resale by Shannon Allen, David Della Sciucca, Dwight Flatt or Gibraltar Global Securities Inc., of any shares of Magnum d'Or during the period December 28, 2007, to December 31, 2009, pursuant to the provisions of any of the Acts administered by the Commission.*

on file in this Commission

March 24, 2015
Date

**LARRY MILLS**

Digitally signed by LARRY MILLS
DN: c=US, o=U.S. Government, ou=Securities and Exchange Commission, cn=LARRY MILLS, 0.9.2342.19200300.100.1.1=50001000026514
Date: 2015.03.24 10:24:26 -04'00'

Larry Mills, Management and Program Analyst

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Secretary

SEC 334 (9-12)