# EXHIBIT 6

BEFORE THE

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of Skymark Research (NY-8377)

# WELLS SUBMISSION ON BEHALF OF WARREN DAVIS AND GIBRALTAR GLOBAL SECURITIES, INC.

October 19, 2012

DE FEIS O'CONNELL & ROSE, P.C.
Nicholas M. De Feis
Philip C. Patterson
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000

*Attorneys for Warren Davis and*
*Gibraltar Global Securities, Inc.*

CONFIDENTIAL TREATMENT REQUESTED BY
DE FEIS O'CONNELL & ROSE, P.C. ON BEHALF OF
WARREN DAVIS AND GIBRALTAR GLOBAL SECURITIES, INC.

## STATEMENT OF FACTS

### A.  BACKGROUND ON GIBRALTAR

Gibraltar is a Bahamian broker-dealer located in Nassau, Bahamas.  It began its operations on October 17, 2004 and currently employs 10 individuals.  It holds a Class II Bahamian broker-dealer license.

Gibraltar's business consists of transacting predominantly small-cap securities.  It is execution-based, meaning its role is primarily limited to execution of trades for its clients through correspondent accounts held in various jurisdictions, including the United States, Europe and the Cayman Islands.  Gibraltar receives a usual and customary commission of 2-3% on each transaction.

### 1.  *Employee Training*

Gibraltar employees undergo compliance training.  Gibraltar employees receive annual Anti-Money Laundering ("AML") training.  In addition, Gibraltar employees periodically attend seminars and view webinars on topics such as the Foreign Account Tax Compliance Act ("FATCA").  Gibraltar employees also individually pursue professional development by enrolling in courses relevant to Certified Financial Analyst and Series 7 licensing.

### 2.  *New Accounts*

All prospective clients of Gibraltar must complete Gibraltar's account opening brokerage application.  *See* Exhibit A[1]  All applications are vetted by the Manager of Gibraltar's Compliance Department.  The application requires prospective clients to provide various

---

[1] The exhibits annexed hereto are, upon information and belief, true and correct copies of documents maintained by Gibraltar.  Nothing in this Submission shall de deemed a waiver of any applicable privileges.

Dated: October 19, 2012
New York, New York

Respectfully submitted,

DE FEIS O'CONNELL & ROSE, P.C.
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000

By:_____
Nicholas M. De Feis
Philip C. Patterson

*Attorneys for Warren Davis and*
*Gibraltar Global Securities, Inc.*