# EXHIBIT A

# JPMorganChase

Andre Ramirez
Telephone: (212) 552-5306
Facsimile: (212) 552-5378
Andre.Ramirez@chase.com

New York Legal
JPMorgan Chase
1 Chase Manhattan Plaza, 26th Floor
New York, New York 10005

10/4/2012

Robert Giallombardo, Senior Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-6585

RE: Subpoena Type: Federal Regulatory
    Case Name: In the Matter of Gibraltar Global Securities, Inc.
    Case No.: HO-11070
    JPMC File No.: SB418372-F1

Dear Robert Giallombardo, Sr Counsel:

In response to your request, please find information requested that is responsive to the above-referenced subpoena served on JPMorgan Chase Bank, N.A..

The information requested is as follows:
Enclosed spreadsheet consists of all wires originated/received on behalf of Gibraltar Global Securities via its account with Royal Bank of Canada Nassau, branch of JPMC correspondent banking customer Royal Bank of Canada Nassau for the period beween 1/1/2008 to present. In addition, please find a Field definition document to assist with reading Field headings on spreadsheet..

If you have any questions, please call me at (212) 552-5306.

Sincerely,

Andre Ramirez
Legal Specialist Officer

INVENTORY LISTING

CHASE FILE NO.: SB418372-F1

Subject Name: Gibraltar Global Securities (Non-JPMC Client)

Subject Name is a Client of Royal Bank of Canada Nassau

Request Types: Wires -Incoming Outgoing Wires

Date Range Searched: 1/1/2008 - 10/2/2012

Comments: Enclosed spreadsheet consists of all wires originated/received on behalf of Gibraltar Global Securities via its account with Royal Bank of Canada Nassau, branch of JPMC correspondent banking customer Royal Bank of Canada Nassau for the above stated period. In addition, please find a Field definition Document along with our Inventory & Response Letter.