# EXHIBIT B

## AFFIDAVIT

### Case No.: 418372

Andre Ramirez, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 1 Chase Manhattan Plaza, New York, NY 10005.
3. I am a Subpoena Analyst Officer and Custodian of Records for JPMorgan Chase Bank in the Subpoena Compliance Group.
4. The enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank in the ordinary course of business.
5. The records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is regular practice of JPMorgan Chase Bank to make such a record of transactions in the ordinary course of business.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/22/2012

By: *(signed)* Andre Ramirez
Andre Ramirez
Legal Specialist Officer
Subpoena Compliance Group
JPMorgan Chase Bank