# EXHIBIT C

Gibraltar Global Securities, Inc.
Exchange Act Section 15
Penalty and Disgorgement Table

| Month | Wires to US Recipients | Commissions @ 3% | Ill-Gotten Gains | Pre-judgement Interest | Total Disgorgement | Penalty |
|---|---|---|---|---|---|---|
| Jan-08 | 362,686.00 | 10,880.58 | N/A | N/A | N/A | N/A |
| Feb-08 | 416,837.20 | 12,505.12 | N/A | N/A | N/A | N/A |
| Mar-08 | 821,481.70 | 24,644.45 | 24,644.45 | 7,274.99 | 31,919.44 | N/A |
| Apr-08 | 440,815.28 | 13,224.46 | 13,224.46 | 3,820.84 | 17,045.30 | N/A |
| May-08 | 1,523,283.60 | 45,698.51 | 45,698.51 | 12,906.97 | 58,605.48 | 45,698.51 |
| Jun-08 | 588,320.30 | 17,649.61 | 17,649.61 | 4,874.13 | 22,523.74 | 17,649.61 |
| Jul-08 | 476,505.28 | 14,295.16 | 14,295.16 | 3,871.47 | 18,166.63 | 14,295.16 |
| Aug-08 | 472,564.41 | 14,176.93 | 14,176.93 | 3,763.78 | 17,940.71 | 14,176.93 |
| Sep-08 | 692,117.31 | 20,763.52 | 20,763.52 | 5,405.16 | 26,168.68 | 20,763.52 |
| Oct-08 | 553,350.57 | 16,600.52 | 16,600.52 | 4,216.69 | 20,817.21 | 16,600.52 |
| Nov-08 | 423,808.56 | 12,714.26 | 12,714.26 | 3,151.95 | 15,866.21 | 12,714.26 |
| Dec-08 | 855,330.31 | 25,659.91 | 25,659.91 | 6,199.27 | 31,859.18 | 25,659.91 |
| Jan-09 | 556,284.22 | 16,688.53 | 16,688.53 | 3,944.94 | 20,633.47 | 16,688.53 |
| Feb-09 | 1,544,624.41 | 46,338.73 | 46,338.73 | 10,735.85 | 57,074.58 | 46,338.73 |
| Mar-09 | 458,346.29 | 13,750.39 | 13,750.39 | 3,114.12 | 16,864.51 | 13,750.39 |
| Apr-09 | 2,479,187.89 | 74,375.64 | 74,375.64 | 16,547.15 | 90,922.79 | 74,375.64 |
| May-09 | 5,035,168.95 | 151,055.07 | 151,055.07 | 32,983.70 | 184,038.77 | 151,055.07 |
| Jun-09 | 3,758,616.40 | 112,758.49 | 112,758.49 | 24,171.24 | 136,929.73 | 112,758.49 |
| Jul-09 | 2,718,063.60 | 81,541.91 | 81,541.91 | 17,146.54 | 98,688.45 | 81,541.91 |
| Aug-09 | 3,481,986.05 | 104,459.58 | 104,459.58 | 21,538.99 | 125,998.57 | 104,459.58 |
| Sep-09 | 7,004,517.01 | 210,135.51 | 210,135.51 | 42,498.21 | 252,633.72 | 210,135.51 |
| Oct-09 | 4,824,387.50 | 144,731.63 | 144,731.63 | 28,685.57 | 173,417.20 | 144,731.63 |
| Nov-09 | 2,555,526.02 | 76,665.78 | 76,665.78 | 14,895.01 | 91,560.79 | 76,665.78 |
| Dec-09 | 3,483,721.46 | 104,511.64 | 104,511.64 | 19,882.47 | 124,394.11 | 104,511.64 |
| Jan-10 | 2,848,723.89 | 85,461.72 | 85,461.72 | 15,916.18 | 101,377.90 | 85,461.72 |
| Feb-10 | 2,191,994.45 | 65,759.83 | 65,759.83 | 12,009.10 | 77,768.93 | 65,759.83 |
| Mar-10 | 4,406,110.27 | 132,183.31 | 132,183.31 | 23,610.19 | 155,793.50 | 132,183.31 |
| Apr-10 | 2,529,420.61 | 75,882.62 | 75,882.62 | 13,262.78 | 89,145.40 | 75,882.62 |
| May-10 | 5,108,726.32 | 153,261.79 | 153,261.79 | 26,179.51 | 179,441.30 | 153,261.79 |
| Jun-10 | 6,140,827.14 | 184,224.81 | 184,224.81 | 30,761.70 | 214,986.51 | 184,224.81 |
| Jul-10 | 1,893,518.80 | 56,805.56 | 56,805.56 | 9,262.38 | 66,067.94 | 56,805.56 |
| Aug-10 | 4,318,359.67 | 129,550.79 | 129,550.79 | 20,615.31 | 150,166.10 | 129,550.79 |
| Sep-10 | 4,822,992.05 | 144,689.76 | 144,689.76 | 22,474.78 | 167,164.54 | 144,689.76 |
| Oct-10 | 6,125,382.65 | 183,761.48 | 183,761.48 | 27,829.78 | 211,591.26 | 183,761.48 |
| Nov-10 | 8,809,267.90 | 264,278.04 | 264,278.04 | 39,029.78 | 303,307.82 | 264,278.04 |
| Dec-10 | 3,320,902.95 | 99,627.09 | 99,627.09 | 14,326.26 | 113,953.35 | 99,627.09 |
| Jan-11 | 1,660,115.85 | 49,803.48 | 49,803.48 | 7,017.59 | 56,821.07 | 49,803.48 |
| Feb-11 | 4,150,815.50 | 124,524.47 | 124,524.47 | 17,220.87 | 141,745.34 | 124,524.47 |
| Mar-11 | 1,731,135.45 | 51,934.06 | 51,934.06 | 7,031.87 | 58,965.93 | 51,934.06 |
| Apr-11 | 1,223,907.04 | 36,717.21 | 36,717.21 | 4,835.80 | 41,553.01 | 36,717.21 |
| May-11 | 909,934.47 | 27,298.03 | 27,298.03 | 3,491.02 | 30,789.05 | 27,298.03 |
| Jun-11 | 502,237.55 | 15,067.13 | 15,067.13 | 1,871.17 | 16,938.30 | 15,067.13 |
| Jul-11 | 727,932.27 | 21,837.97 | 21,837.97 | 2,629.45 | 24,467.42 | 21,837.97 |
| Aug-11 | 564,309.18 | 16,929.28 | 16,929.28 | 1,974.41 | 18,903.69 | 16,929.28 |
| Sep-11 | 534,262.33 | 16,027.87 | 16,027.87 | 1,810.63 | 17,838.50 | 16,027.87 |
| Oct-11 | 385,791.88 | 11,573.76 | 11,573.76 | 1,274.87 | 12,848.63 | 11,573.76 |
| Nov-11 | 403,388.67 | 12,101.66 | 12,101.66 | 1,300.08 | 13,401.74 | 12,101.66 |
| Dec-11 | 419,375.24 | 12,581.26 | 12,581.26 | 1,316.18 | 13,897.44 | 12,581.26 |
| Jan-12 | 278,683.10 | 8,360.49 | 8,360.49 | 851.35 | 9,211.84 | 8,360.49 |
| Feb-12 | 1,462,070.97 | 43,862.13 | 43,862.13 | 4,352.11 | 48,214.24 | 43,862.13 |
| Mar-12 | 943,878.32 | 28,316.35 | 28,316.35 | 2,730.74 | 31,047.09 | 28,316.35 |
| Apr-12 | 1,602,658.91 | 48,079.77 | 48,079.77 | 4,507.99 | 52,587.76 | 48,079.77 |
| May-12 | 501,630.43 | 15,048.91 | 15,048.91 | 1,369.37 | 16,418.28 | 15,048.91 |
| Jun-12 | 599,706.41 | 17,991.19 | 17,991.19 | 1,588.95 | 19,580.14 | 17,991.19 |
| Jul-12 | 148,157.22 | 4,444.72 | 4,444.72 | 380.35 | 4,825.07 | 4,444.72 |
| Aug-12 | 214,684.91 | 6,440.55 | 6,440.55 | 533.46 | 6,974.01 | 6,440.55 |
| Sep-12 | 435,697.26 | 13,070.92 | N/A | N/A | N/A | N/A |
| Oct-12 | 4,917.31 | 147.52 | N/A | N/A | N/A | N/A |
| Total | 117,449,047.29 | 3,523,471.46 | 3,486,867.32 | 614,995.05 | 4,101,862.37 | 3,448,998.41 |